UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

              -against-

PERRY FREEMAN

              Defendant.

------------------------------------------------------------X

**MEMORANDUM**

26 Cr. 0056 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the February 11, 2026 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: March 10, 2026
        White Plains, New York

                         Respectfully submitted,

                         _____
                         ANDREW E. KRAUSE
                         United States Magistrate Judge

March 10, 2026

This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

_____

ANDREW E. KRAUSE
United States Magistrate Judge